IN THE UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BERNANRDO SALINAS and<br>MARIO ALBERTO RODRIGUEZ,<br><br>　　Plaintiffs,<br><br>V.<br><br>THE CITY OF SOCORRO, TEXAS<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　　NO. 3:15-CV-00243-PRM<br>§<br>§<br>§ |

**PRETRIAL DISCLOSURES**
**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE UNITED STATED DISTRICT JUDGE:

NOW COME Plaintiffs Bernardo Salinas and Mario Alberto Rodriguez, and pursuant to the Court's Scheduling Order entered in this cause, designates the following expert witnesses:

1. Jim K. Jopling
   Attorney at Law
   747 East San Antonio Avenue, Suite 103
   El Paso, Texas 79901
   (915) 541-6099 Voice
   (866) 864-6854 Facsimile
   jim@joplinglaw.com

   Mr. Jopling is an attorney admitted to practice law in the state of Texas. He is also licensed to practice before the United States District Courts for the Western District of Texas and before the United States Court of Appeals for the Fifth Circuit. Mr. Jopling has been licensed to practice law since November 1, 1996. He obtained his Bachelor's Degree in Business Administration from the University of Texas at Austin in 1986. He graduated from St. Mary's University School of Law in 1996. His practice focuses primarily on labor law. He also practices in the areas of family law and other civil litigation. He devotes a substantial amount of his time as a staff attorney for the Combined Law Enforcement Associations of Texas, a labor union for law enforcement personnel, for whom he is an advocate in labor arbitrations, labor-related administrative proceedings and occasional civil litigation. Mr. Jopling has knowledge regarding the reasonable hourly rates charged by attorneys in El Paso County, as well as attorneys' fees, costs and lodestar awards in employment litigation in El Paso County and Texas. He is expected to testify as to the amount, reasonableness and necessity of attorney's fees, costs and expenses that have been incurred and should be awarded in this cause.

2.  Ray Martinez
    Martinez & Martinez Law Firm
    615 E. Schuster, Bldg. 1
    El Paso, Texas 79902
    (915) 541-1000 Voice

    Raymond Martinez is a Board Certified Labor and Employment Lawyer who practices in El Paso County, Texas. Mr. Martinez, who grew up in El Paso, formerly worked for a large law firm in Dallas, Texas representing management in employment disputes. He returned to El Paso and began representing employees in employment disputes, first with a well-known El Paso plaintiff's firm and, later, at his own firm. At the present time, Mr. Martinez's practice is focused on representing plaintiffs in employment disputes, wage and hour matters, and personal injuries. Mr. Martinez also devotes a substantial amount of his practice to representing unions and the employees they represent. Mr. Martinez obtained his law degree from Southern Methodist University School of Law in 1997 and has been admitted to practice law in Texas since 1997. He has successfully tried employment cases and has experience in both state and federal court. Mr. Martinez has knowledge regarding the reasonable hourly rates charged by both plaintiffs' and defense counsel in El Paso County, as well as attorneys' fees, costs and lodestar awards in employment and civil rights litigation in El Paso County and Texas.  He is expected to testify as to the amount, reasonableness and necessity of attorney's fees, costs and expenses that have been incurred and should be awarded in this cause.

3.  Daniela Labinoti
    Law Firm of Daniela Labinoti, PC
    501 N. Kansas St., Suite 102
    El Paso, Texas 79901
    (915) 581-4600 Voice
    (915) 581-4605 Facsimile

    Ms. Labinoti is a Labor and Employment Lawyer who practices in El Paso County, Texas and in New Mexico. Ms. Labinoti formerly worked for a law firm in El Paso, Texas representing employees in employment disputes. Ms. Labinoti's practice is still focused on representing plaintiffs in employment disputes, wage and hour matters, and personal injuries. Ms. Labinoti obtained her law degree from Texas Tech University School of Law in 2005 and has been admitted to practice law in Texas since 2005. She has successfully tried employment cases and has experience in both state and federal court in Texas and New Mexico. Ms. Labinoti has knowledge regarding the reasonable hourly rates charged by both plaintiffs' and defense counsel in El Paso County, as well as attorneys' fees, costs and lodestar awards in employment litigation in El Paso County and Texas.  She is expected to testify as to the amount, reasonableness and necessity of attorney's fees, costs and expenses that have been incurred and should be awarded in this cause.

        Respectfully Submitted,

        Jim K. Jopling
        Attorney at Law
        747 E. San Antonio Ave., Ste. 103
        El Paso, Texas 79901
        (915) 541-6099 Voice
        (866) 864-6854 Facsimile
        jim@joplinglaw.com


        /s/ Jim K. Jopling
        Jim K. Jopling
        Texas Bar No. 00796849
        Attorney for Plaintiffs


### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was delivered via the Court's CM/ECF electronic notification system and by email on the 26th day of February, 2016, to the following:

**Counsel for Defendant:**
Bruce A. Koehler
Mounce, Green, Myers, Safi, Paxson & Galatzan
P.O. Box 1977
El Paso, Texas 79999-1977

        /s/ Jim K. Jopling
        Jim K. Jopling